UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BROWN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:04CV00828 JCH |
| v. ) | |
| ) | |
| CASALETTO TUCKPOINTING LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On August 24, 2004, this Court entered a judgment against Casaletto Tuckpointing LLC and Michael Casaletto. In an attempt to further collection efforts in this matter, plaintiffs noticed the post-judgment deposition of Michael Casaletto, pursuant to Rule 69 of the Federal Rules of Civil Procedure, setting such deposition on August 24, 2011, at 12:00 p.m. The notice of deposition also requested the simultaneous production of documents. Mr. Casaletto failed to appear for his deposition. Furthermore, he failed to produce any of the requested documents. Mr. Casaletto made no attempt to contact counsel for plaintiffs to reschedule the deposition or to otherwise explain his failure to appear.

WHEREFORE, **IT IS HEREBY ORDERED** that plaintiffs' motion to compel is granted, and that Michael Casaletto is ordered to appear for deposition at the office of plaintiffs' counsel, 7730 Carondelet Avenue, Suite 200, Clayton, Missouri, 63105, on October 12, 2011 at noon.

SO ORDERED:

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Date: 9/28/11