UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD BROWN, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV828 JCH |
| | ) | |
| CASALETTO TUCKPOINTING LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion for Contempt, filed November 28, 2011. (ECF No. 41). By way of background, on November 7, 2011, this Court granted Plaintiffs' request for an order compelling Defendant Michael Casaletto to submit to a deposition on November 22, 2011. In their Motion for Contempt, Plaintiffs assert that Defendant neither appeared at the deposition, nor otherwise contacted Plaintiffs' counsel. Plaintiffs therefore move this Court for an Order of Contempt against Defendant Michael Casaletto.

Upon consideration, the Court will hold a hearing on Plaintiffs' Motion for Contempt on **Friday, December 16, 2011** at **10:00 a.m.** in the courtroom of the undersigned. At that time, Defendant Michael Casaletto will be expected to show cause why he should not be held in contempt of Court.

Accordingly,

**IT IS HEREBY ORDERED** that a hearing on Plaintiffs' Motion for Contempt (ECF No. 41) will be held on **Friday, December 16, 2011** at **10:00 a.m.** in the courtroom of the undersigned. Defendant Michael Casaletto's failure to attend such hearing may result in his being held in contempt of Court.

**IT IS FURTHER ORDERED** that this Order shall be served on Michael Casaletto, 90 Tee Kay Mobile Home Mnr, O'Fallon, MO, 63368-8796.

Dated this   29th   day of November, 2011.


/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE